**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAQWON HILL** | ) | **Case No:** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | |
| **IAN COVEY Individually and the VILLAGE OF MIDLOTHIAN a Municipal Corporation,** | ) | **Magistrate Judge** |
| | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, JAQWON HILL, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants P.O. IAN COVEY Individually, and the VILLAGE OF MIDLOTHIAN, as follows:

**COUNT I — 42 U.S.C. §1983 FALSE ARREST**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, JAQWON HILL, accomplished by acts and/or omissions of the Defendant P.O. IAN COVEY, individually and officially, and the VILLAGE OF MIDLOTHIAN committed under color of law. Jurisdiction lies pursuant to 28 U.S.C. §1331, §1343, and supplemental jurisdiction under the State of Illinois.

2. Specifically, as a result of the egregious misconduct by the Defendants, the Plaintiff, JAQWON HILL was wrongfully arrested, handcuffed and taken into custody without any facts to establish probable cause that he had committed a crime.

3. The Plaintiff, JAQWON HILL, at all times was a United States citizen and a resident of Midlothian, Illinois.

4. The Defendant, P.O. IAN COVEY, at all relevant times was a Law Enforcement Officer of Midlothian, Illinois, acting within his scope of employment and under the color of law.

5. On April 22, 2023, Plaintiff was at 444 W. 191st Place in Midlothian when Midlothian police executed a search warrant.

6. The Plaintiff was not nor had committed any crimes.

7. There were no facts to support probable cause that he committed a crime.

8. JAQWON HILL was arrested and taken into custody to the police station.

9. There were no facts that supported any criminal charge against him.

10. There were no facts to support the fact that he committed any crime.

11. The actions of the Defendants were done with willful and wanton recklessness, and with disregard for the rights of JAQWON HILL.

12. The Plaintiff, JAQWON HILL, was at all times innocent of any crimes.

13. The Plaintiff was later released without any charges.

14. As a direct and proximate consequence of said conduct of the Defendant, P.O. IAN COVEY, the Plaintiff, JAQWON HILL, suffered violations of his constitutional rights, emotional anxiety, fear, emotional distress, monetary loss, embarrassment, pain and suffering, and damage to his reputation.

15. The actions of the Defendants violated Plaintiff's Fourth Amendment rights as protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, JAQWON HILL, prays for judgment in her favor and against the Defendant, P.O. IAN COVEY individually, jointly, and severally, in an amount

of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT II – INDEMNIFICATION CLAIM / MIDLOTHIAN**

1-15. The Plaintiff, JAQWON HILL, realleges and incorporates her allegations of paragraphs 1 – 15 of Count I as his respective allegations of paragraphs 1 -15 of Count II as though fully set forth herein.

16. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

17. Defendant, THE VILLAGE OF MIDLOTHIAN respectively, is and/or was the employer of the Defendant, P.O. IAN COVEY, who acted within the scope of his employment in committing the misconduct described herein.

18. If this individual Defendant is found liable, his respective employer will be liable to indemnify him for any compensatory damages and attorney fees and costs under § 1988.

**WHEREFORE**, should Defendant P.O. IAN COVEY be found liable for the acts alleged above, Defendant THE VILLAGE OF MIDLOTHIAN would be liable to pay the Plaintiff any judgment obtained against said Defendants.

**JURY DEMAND**

The Plaintiff, JAQWON HILL, hereby requests a trial by jury.

Respectfully submitted,
JAQWON HILL

/s/ Gregory E. Kulis
Gregory E. Kulis

Gregory E. Kulis (6180966)
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602
p. (312) 580-1830
e. service@kulislawltd.com